**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Republic Airline Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   0 6 – 1 5 6 2 7 3 7

4. **Debtor's address**

   **Principal place of business**

   8909     Purdue Road
   Number    Street

   Suite 300

   Indianapolis     IN     46268
   City              State  ZIP Code

   Marion County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City              State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   Indiana, New York, and various other locations
   throughout the United States
   City              State  ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor ___Republic Airline Inc._____ Case number *(if known)*_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above  (Airline)

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4 8 1 1 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                                      MM / DD / YYYY
           District _____  When _____  Case number _____
                                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor __(See Schedule 1)_____  Relationship _____
        District _____  When _____
                                                    MM / DD / YYYY
        Case number, if known _____

Debtor   Republic Airline Inc._____   Case number *(if known)*_____
         Name

| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**_____<br>　　　　　　　　　　　　　Number　　　　Street<br>_____<br>_____　_____　_____<br>City　　　　　　　　　　　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>　　　　　　Contact name _____<br>　　　　　　Phone　　　　　　_____ |

|  | **Statistical and administrative information** |
|---|---|

| 13. **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. **Estimated number of creditors** (consolidated) | ☐ 1-49　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000<br>☐ 50-99　　　　 ☐ 5,001-10,000　　　 ☐ 50,001-100,000<br>☐ 100-199　　　☑ 10,001-25,000　　　☐ More than 100,000<br>☐ 200-999 |
| 15. **Estimated assets** (consolidated) | ☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　　 ☐ $10,000,001-$50 million　　 ☑ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　　 ☐ $100,000,001-$500 million　 ☐ More than $50 billion |

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page **3**

Debtor: Republic Airline Inc.
Name

Case number (if known): _____

**16. Estimated liabilities** (consolidated)

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☑ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/25/2016
            MM / DD / YYYY

X _[signature]_    Joseph P. Allman
Signature of authorized representative of debtor    Printed name

Title  Senior Vice President and Chief Financial Officer

**18. Signature of attorney**

X _[signature]_    Date  02/25/2016
Signature of attorney for debtor                 MM / DD / YYYY

Bruce R. Zirinsky
Printed name

Zirinsky Law Partners PLLC
Firm name

375        Park Avenue, Suite 2607
Number     Street

New York                                NY         10152
City                                    State      ZIP Code

(212) 763-0192                          bzirinsky@zirinskylaw.com
Contact phone                           Email address

1544055                                 NY
Bar number                              State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

## Schedule 1

**PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY THE DEBTORS AND ITS AFFILIATES**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.  A motion is being filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only.  Additional detail regarding the relationship of each debtor is set forth in the corporate ownership statement, filed contemporaneously herewith.

| Entity Name | Relationship | Case Number | Judge |
|---|---|---|---|
| Republic Airways Holdings Inc. | Debtors' Parent Company | Not yet assigned | Not yet assigned |
| Midwest Air Group, Inc. | Direct subsidiary of Republic Airways Holdings Inc. | Not yet assigned | Not yet assigned |
| Republic Airline Inc. | Direct subsidiary of Republic Airways Holdings Inc. | Not yet assigned | Not yet assigned |
| Republic Airways Services, Inc. | Direct subsidiary of Republic Airways Holdings Inc. | Not yet assigned | Not yet assigned |
| Shuttle America Corporation | Direct subsidiary of Republic Airways Holdings Inc. | Not yet assigned | Not yet assigned |
| Midwest Airlines, Inc. | Indirect subsidiary of Republic Airways Holdings Inc. | Not yet assigned | Not yet assigned |
| Skyway Airlines, Inc. | Indirect subsidiary of Republic Airways Holdings Inc. | Not yet assigned | Not yet assigned |

## UNANIMOUS WRITTEN CONSENT
## OF THE
## BOARD OF DIRECTORS
## OF
## REPUBLIC AIRLINE INC.

The undersigned, being all of the members of the Board of Directors of Republic Airline Inc., an Indiana corporation, do hereby adopt the resolutions attached as Exhibit A.

IN WITNESS WHEREOF, the undersigned have signed this written consent as of the date indicated below.

This consent may be executed in any number of counterparts, all of which together shall constitute one and the same instrument.

Dated: _____February 25___, 2016

_____
Bryan K. Bedford

_____
Joseph P. Allman

**Exhibit A**

16-10428-shl    Doc 1    Filed 02/25/16    Entered 02/25/16 16:19:51    Main Document
Pg 7 of 17

**Exhibit A**

**Republic Airline Inc.**
**(the "Company")**
**Resolutions Adopted by the Board of Directors**
**(the "Board")**

**Commencement of Chapter 11 Case**

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, shareholders, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

RESOLVED, that any officer of the Company (each, an "Authorized Officer"), in each case, acting singly or jointly, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify petitions seeking relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") at such time that the Authorized Officer executing the same shall determine; and be it further

**Retention of Advisors**

RESOLVED, that the law firm of Zirinsky Law Partners PLLC, 375 Park Avenue, Suite 2607, New York, New York 10152, is hereby employed as attorneys for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the law firm of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, is hereby employed as attorneys for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the firms of Seabury Corporate Advisors LLC and Seabury Securities LLC (including their affiliates), 1350 Avenue of the Americas, 25th Floor, New York, New York 10019, are hereby employed as financial advisor and investment banker for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the firm of Deloitte & Touche LLP, 111 Monument Circle, Suite 2000, Indianapolis, Indiana 46204, is hereby employed as independent auditor for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the firm of Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, is hereby employed as claims and noticing agent and administrative advisor for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that each Authorized Officer, in each case, acting singly or jointly, is hereby authorized and empowered, in the name and on behalf of the Company, to employ and retain all assistance by legal counsel, accountants, appraisers, financial advisors, restructuring advisors, brokers, and other professionals, subject to Bankruptcy Court approval, and each Authorized Officer is authorized and empowered to execute all documents and perform any and

all further acts and deeds such Authorized Officer deems necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case; and be it further

**General Authorization and Ratification**

RESOLVED, that each Authorized Officer, in each case, acting singly or jointly, is hereby authorized and empowered, in the name and on behalf of the Company, to enter into, execute, deliver, certify, file, record, negotiate, and perform in the Company's chapter 11 case, all petitions, schedules, motions, lists, certifications, agreements, instruments, affidavits, declarations, plans, disclosure statements, applications, pleadings, and other papers or documents, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable with a view to the successful prosecution of the Company's chapter 11 case; and be it further

RESOLVED, that each Authorized Officer, in each case, acting singly or jointly, is hereby authorized and empowered, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record, negotiate, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the successful prosecution of the Company's chapter 11 case; and be it further

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and be it further

RESOLVED, that this Consent may be executed in any number of counterparts, and any of the undersigned may execute this Consent on any one or more of such counterparts.  All of such counterparts taken together shall be deemed to constitute one and the same instrument.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

In re                                                              :    Chapter 11 Case No.

**REPUBLIC AIRLINE INC.,**                                         :    16-_____ (\_\_\_)

                  Debtor.                  :
-------------------------------------------------------------------x

### Consolidated List of Creditors Holding 40 Largest Unsecured Claims

Pursuant to Local Bankruptcy Rule 1007-2(a)(4), the following lists the holders of the forty (40) largest unsecured claims against the Debtors on a consolidated basis, as of February 24, 2016, excluding claims of insiders as defined in 11 U.S.C. § 101. The information herein shall not constitute an admission of liability of, and shall not be binding on, the Debtors.

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GE ENGINE SERVICES, LLC, 1 NEUMANN WAY CINCINNATI, OH 45215 | Jim Zyck: Jim.zyck@ge.com | Trade | | | | 20,612,355 |
| 2 | NAC AVIATION 21 Ltd., 5th Floor, Bedford Place, Henry St, Limerick Ireland | Tom Turley: +353(86) 816-5666; ttu@nac.dk | Contract | Contingent | | | Unliquidated |
| 3 | NAC AVIATION 23 Ltd., 5th Floor, Bedford Place, Henry St, Limerick Ireland | Tom Turley: +353(86) 816-5666; ttu@nac.dk | Contract | Contingent | | | Unliquidated |

1

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 4 | GE Capital Aviation Services, 901 Main Avenue Norwalk, CT 06851 | Jim Steckert: 203-842-5224; jim.steckart@gecas.com | Contract | Contingent | | | Unliquidated |
| 5 | RESIDCO, 70 W Madison, Suite 2340 Chicago, IL 60602 | Glenn Davis: 312-635-3161; davis@residco.com | Contract | Contingent | | | Unliquidated |
| 6 | CitiBank NA, 2 Court Square 7th Floor Long Island City, NY 11101 | Joseph Shanahan: 212-816-5426; joseph.b.shanahan@citi.com | Bank Loan | Continent | | Unknown | Unliquidated |
| 7 | Embraer Aircraft Customer Services, Inc., 276 SW 34th Street Fort Lauderdale, FL 33315 | Paolo Caser de Souza e Silva: pcssilva@embraer.com.br | Trade | | | | 10,058,816 |
| 8 | EAMS-Embraer Aircraft Maintenance Services, Inc., 10 Airways Blvd. Nashville, TN 37217 | John Linn: 954-359-3818; 954-328-6095 jlinn@embraer.com | Trade | | | | 6,345,766 |
| 9 | Emery Air, Inc., 46 Airport Drive, Rockford, IL 61109 | Robert Pike: 815-986-2178; 312-543-2126; bpike@emeryair.com | Trade | | | | 2,731,718 |
| 10 | Meggitt Aircraft Braking Systems, 1204 Massillon Road Akron, OH 44306 | Bob Fredenburg: 330-796-7179; 330-666-7199 Bob.Fredenburg@meggitt.com | Trade | | | | 1,737,591 |
| 11 | Honeywell International Inc., 2111 N 19th Ave Phoenix, AZ 85027 | John Ashton: 480-592-4683; 480-619-1194 john.ashton@honeywell.com | Trade | | | | 1,710,819 |

2

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 | Pratt & Whitney Component Solutions, Inc., 4905 Stariha Drive Muskegon, MI 49441 | Dan Silverman: 450-647-2251; dan.silverman@pwc.ca | Trade | | | | 1,619,326 |
| 13 | Flight Safety Internationl, Marine Air Terminal LaGuardia Airport, Flushing, NY 11371-1061 | Terry Hibler: 201-218-1079; terry.hibler@flightsafety.com | Trade | | | | 1,601,830 |
| 14 | Honeywell International Inc., Aerospace Electronic Systems, 21111 N. 19th Avenue, Phoenix, AZ 85027-2701 | John Ashton: 480-592-4683; 480-619-1194 john.ashton@honeywell.com | Trade | | | | 1,300,000 |
| 15 | Rolls-Royce Corporation, 1875 Explorer Street, Suite 200 Reston, VA 20190 | Mike Tuohy: mike.tuohy@rolls-royce.com; 317-230-8408 | Trade | | | | 1,192,795 |
| 16 | Hamilton Sundstrand, One Hamilton Road Windsor Locks, CT 06096-1010 | Karl Johanson: 858-627-6545; 619-548-0435; karl.johanson@hs.utc.com | Trade | | | | 982,184 |
| 17 | Bombardier - Learjet Inc., 7761 West Kellogg Wichita, KS 67209 | Elaine Kato: 416-375-4016; 416-317-0446; elaine.kato@aero.bombardier.com | Trade | | | | 866,197 |

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Parker,  14300 Alton Parkway Irvine, CA 92618-1898 | Mark Mourani: 949-809-8310; 949-981-0606; mmourani@parker.com | Trade | | | | 595,038 |
| 19 | MTU Maintenance Canada Ltd.,  6020 Russ Baker Way Richmond, BC Canada V7B-1B4 | Les Cronin: 678-352-4740 678-756-4975 Les.CRONIN@mtu.de | Trade | | | | 517,862 |
| 20 | Timothy Dooley,  8727 Lancaster Road, Indpls, IN  46260 | Tim Dooley:  317-710-4622; timdooley317@gmail.com | Former Employee | Contingent | | | Unliquidated |
| 21 | C&D Zodiac Inc., 11240 Warland Dr. Cypress, CA 90630 | Mike Levine: 714-934-0000 X228; 714-305-5320; mike.levine@zodiacaerospace.com | Trade | | | | 382,662 |
| 22 | Zodiac Seats California, | James Finn: 714-756-0142; 714-756-0142; James.Finn@zodiacaerospace.com | Trade | | | | 318,596 |
| 23 | Aircelle,  Route du Pont VIII BP 91 Gonfreville l'Orcher France 76700 | Nicolas Bohn: ; 703-980-4287; nicolas.bohn@aircelle.com | Trade | | | | 260,532 |
| 24 | Wayne Heller,  10534 Iron Horse Lane, Carmel, IN  46032 | Wayne Heller: 317-710-4504; wch903@aol.com | Former Employee | Contingent | | | Unliquidated |

4

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25 | Allen Group, PO Box 1605, Indianapolis, IN 46206 | Matt Henry: 316-208-8006; 316-945-2575; mhenry@appearancegroup.com | Trade | | | | 250,000 |
| 26 | Skyservice 6120 Midfield Road, Mississauga, Ontario, L5P 1B1 | Mark Rinaldi: 905-678-5844; mark_rinaldi@skyservicebas.com | Trade | | | | 240,000 |
| 27 | PlaneTechs,1520 Kingston Road, Ste 311 Oak Brook, IL 60523 | Mike Shally: 630-468-1685; mikeshally@planetechs.com | Trade | | | | 240,000 |
| 28 | Jeppesen Sanderson Inc., 55 Inverness Drive East, Englewood, CO 80112-5498 | Todd Duval: 303-328-4224; Todd.duval@jeppesen.com | Trade | | | | 238,086 |
| 29 | Sabre, 3150 Sabre Drive, South Lake, TX 76092 | Greg Hilliard: 682-605-1780; greg.hilliard@sabre.com | Trade | | | | 230,000 |
| 30 | Goodrich Aircraft Wheels and Brakes, 7100 Intermodal Drive Suite G Louisville, KY 40258-2882 | Jim Patrick: 704-483-3490; james.patrick@hs.utc.com | Trade | | | | 227,876 |
| 31 | Leading Edge Aviation Services, 3132 Airway Ave Costa Mesa, CA 92626 | Dave Patterson: ; 949-633-4656; dave@leascorp.com | Trade | | | | 193,923 |

5

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 32 | Ultimate Software, 2000 Ultimate Way Weston, FL 33326 | Mark Thompson: 614-367-6740; mark_thompson@ultimatesoftware.com | Trade | | | | 188,232 |
| 33 | Crowne Plaza Newark Int'l Airpoort,   901 Spring Street Elizabeth, NJ 07201 | (908) 527-1600; reservations@cpnewarkairport.com | Trade | | | | 173,218 |
| 34 | KLX Inc.,   1300 Corporate Center Way Wellington, FL 33414 | Tinalee Smallhorne: 305-716-6912; 214-693-6111; tinalee.smallhorne@klx.com | Trade | | | | 172,084 |
| 35 | JettPro Line Maintenance,   3400 Inner Loop Rd, Suite 100-B Atlanta, GA 30354 | Danny Smith:   317-727-6267; dsmith@jettpro.aero | Trade | | | | 163,958 |
| 36 | FedEx Freight,   1070 Fleet Lane Indepence, KY 41051 | Jack Duckworth: 612-716-6158; jeduckworth@fedex.com | Trade | | | | 150,456 |
| 37 | Piedmont Aviation Component Services,   1031 E Mountain St, Bldg 320 Kernersville, NC 27284 | Chap Berrier: 336-776-6381; 336-407-4310; Chap.Berrier@piedmontaviation.com | Trade | | | | 120,004 |
| 38 | Ramco Aviation, 3150 Brunswick Pike, Ste 206, Lawrenceville, NJ 08648 | Manoj Singh: 972-834-0422; mks@ramco.com | Trade | | | | 115,000 |

6

| Rank | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 39 | Subsidiary of Eastman Chemical Company, 575 Maryville centre Drive Saint Louis, MO 63141 | Sharon Dunn: 314-674-1149; ; sbdunn@eastman.com | Trade | | | | 97,406 |
| 40 | Louisville Regional Airport Authority, PO Box 9129 Louisville, KY 40209-0129 | Skip Miller: 502-363-8501; Skip.Miller@flylouisville.com | Trade | | | | 92,675 |

7

Fill in this information to identify the case and this filing:

Debtor Name __Republic Airline Inc._____

United States Bankruptcy Court for the: __Southern_____ District of __New York__
(State)

Case number (If known): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/25/2016__        X _/s/ Joseph P. Allman_
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Joseph P. Allman
Printed name

Senior Vice President and Chief Financial Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors